IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE 1, | ) | Civil Action No.: 1:24-cv-01961 |
| | ) | |
| Plaintiff, | ) | JUDGE: BRIDGET MEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MADISON LOCAL SCHOOL | ) | |
| DISTRICT, et. al., | ) | **PLAINTIFF'S NOTICE** |
| | ) | **VOLUNTARY DISMISSAL** |
| Defendants. | ) | <u>**WITHORT PREJUDICE**</u> |

✸            ✸            ✸

    Now comes Plaintiff, Jane Doe 1, and hereby gives notice to this Honorable Court and counsel that she respectfully voluntarily dismisses her Complaint and all counts against all Defendants, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i), in this case.

    Respectfully submitted,

    /s/ *John S. Lobur*
John S. Lobur (0074410)
Attorney-at-Law
P.O. Box 454
Willoughby, Ohio 44096
PH: (440) 567-1200
E-mail: jsloburesq@aol.com
*Counsel for Plaintiff*
*Jane Doe 1*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 17th day of December, 2024.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John S. Lobur*
John S. Lobur (0074410)
*Counsel for Plaintiff*

718734_2